IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORDAN COOPER, an individual, and
STAND ALONE ANESTHESIA, INC.,
a Texas Corporation

       **Plaintiffs,**

v.                                   Civ. No. 2:23-cv-01042 MV/GJF

ANESTHESIA ASSOCIATES OF NEW MEXICO, P.C.,
a New Mexico Corporation, and MANI KHOSHYOMN,
an individual,

       **Defendants.**

## FINAL JUDGMENT

Pursuant to the Order entered concurrently herewith, the Court enters judgment under Rule 58 of the Federal Rules of Civil Procedure, **GRANTING** Defendant's Unopposed Motion to Remand [Doc. 4] and **REMANDING** this case to the Second Judicial District Court of New Mexico, County of Bernalillo.

_____
THE HONORABLE MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE